IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CEDRICK A. DAVIS,

        Petitioner,

v.                                                                            Case No.  5D17-3011

STATE OF FLORIDA,

        Respondent.

_____/

Opinion filed October 13, 2017

Petition for Belated Appeal
A Case of Original Jurisdiction.

Robert Wesley, Public Defender, Orlando,
and Peter C. Schmer, Assistant Public
Defender, Orlando, for Petitioner.

No appearance for Respondent.


PER CURIAM.

The petition for belated appeal is granted.  A copy of this opinion shall be filed

with the trial court and be treated as the notice of appeal from the July 12, 2017,

judgment and sentence in Case No. 2017-CF-2865-A-O, in the Circuit Court in and for

Orange County, Florida.  See Fla. R. App. P. 9.141(c)(6)(D).


PETITION GRANTED.


COHEN, C.J., SAWAYA, EISNAUGLE, JJ., concur.